# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CEDRIC HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.:** |
| ) | |
| v. ) | **2:17-cv-00731-SMD** |
| ) | |
| **THE BOARD OF TRUSTEES** ) | |
| **OF THE UNIVERSITY OF** ) | |
| **ALABAMA,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Court's Scheduling Order, Plaintiff's Counsel files this Notice Concerning Settlement Conference and Mediation.

1. Counsel for both parties conducted the mandatory face-to-face settlement conference on April 5, 2019 at the office of Defendant's counsel. While the parties had a good faith discussion about the possibility of settlement, they did not settle the case.

2. Counsel for both parties agree that mediation would assist the parties in reaching a settlement in this case.

3. For this reason, contemporaneously with the filing of this Notice, the parties are filing a joint motion seeking an extension of all remaining deadlines in the case, including the dispositive motion deadline, to permit the parties the

opportunity to mediate the case without having to expend additional time and resources on the litigation.

    Respectfully submitted this 17th day of April, 2019.

                                      /s/ Tyrone Townsend
                                      Tyrone Townsend (TOW006)
                                      Attorney for the Plaintiff
                                      Townsend Law Firm, Inc.
                                      P.O. Box 2105
                                      Birmingham, Alabama 35201
                                      TTOWNS1@msn.com
                                      Office: (205) 795-3050

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been filed with the Clerk of Court via the electronic filing system this the 17th day of April, 2019, and the Clerk will serve the following attorneys of record electronically:

Spencer A. Kinderman  
The University of Alabama System  
UAB Office of Counsel  
1720 2nd Avenue South, Suite AB 820  
Birmingham, AL 35294-0108  
(205) 934-3474  

                                             /s/ Tyrone Townsend  
                                             Of Counsel